# Court of Appeals
# of the State of Georgia

ATLANTA,     May 23, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0361. STERLING T. FULLER v. THE STATE.**

On May 1, 2013, Sterling Fuller filed an application for discretionary review, seeking to appeal the trial court's February 13, 2013 order revoking probation. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989); see also *Gable v. State*, 290 Ga. 81, 82-83 (2) (a) (720 SE2d 170) (2011). Because Fuller's application was filed outside the 30-day period, it is untimely, and it is accordingly DISMISSED for lack of jurisdiction.[1]



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 05/23/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.

---

[1] Fuller attempted to file his application with this Court on March 27, 2013, but his application was returned to him because he did not include the requisite fee or pauper's affidavit, did not include a stamped "filed" copy of the trial court's order, and did not include a certificate of service. This filing was also outside the 30-day period.